UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-73-1D(1)



IN RE:

TWELVE-COUNT GRAND JURY
INDICTMENT OF NOVEMBER 12, 2013

ORDER TO SEAL INDICTMENT

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on November 12th, 2013, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing an arrest warrant for the defendant and to provide copies of the Indictment to the United States Attorney and the United States Probation Office.

It is FURTHER ORDERED that the Indictment shall remain sealed until such time as the arrest warrant for the defendant has been executed, or upon further order of this Court.

This, the 12th day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE