IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CR-73-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES DINO WILLS | ) |

**ORDER OF FORFEITURE AND JUDGMENT**

In the Criminal Indictment in the above action, the United States sought forfeiture of property of the defendant pursuant to 31 U.S.C. § 5317(c)(1) as property involved in the unlawful activity of the defendant as charged in the Criminal Indictment.

The defendant pled guilty to Count One of the Criminal Indictment and agreed to assist the United States in the recovery and forfeiture of any assets which facilitated and/or were acquired through unlawful activities, including all such assets in which the defendant has any interest or control. Specifically, the Defendant agreed to voluntarily forfeit and relinquish to the United States the property specified in the Indictment, that is, any proceeds the defendant obtained directly or indirectly as a result of the said offenses.

By virtue of the defendant's guilty plea, the United States is now entitled to the defendant's interest in $755,764.34 (less

1

the $21,882.00 in U. S. currency seized from Defendant Wills and administratively forfeited by the U. S. Department of Treasury), the remainder an amount not currently in the possession of or its whereabouts known to the Government, that is $733,882.34, the gross proceeds of his illegal acts, pursuant to 31 U.S.C. § 5317(c)(1).

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. Based upon the defendant's guilty plea, the above-listed $733,882.34 currency is forfeited to the United States for disposition in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U. S. Department of Treasury as soon as located or recovered, into the U. S. Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In respect to the dollar amount forfeited by the defendant but not in the possession of or its whereabouts known to the Government, JUDGMENT is hereby entered against Defendant, James Dino Wills, for the amount of the gross proceeds, that is, $733,882.34, as allowed by Fed. R. Crim. P. 32.2(b)(2)(A). In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable

section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order and Judgment is final as to the defendant upon entry.

SO ORDERED. This **23** day of April 2015.

JAMES C. DEVER III
Chief United States District Judge

3