UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 4:13-CR-73-1D (1)

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES DINO WILLS, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, defendant, JAMES DINO WILLS,' Motion to Seal Defendant's Sentencing Memorandum and Request for Variance is hereby GRANTED.

SO ORDERED, this the **24** day of April 2015.

James C. Dever, III
Chief United States District Judge